UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINN STROMBERG,<br><br>              Plaintiff,<br><br>              v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>              Defendants. | Civil Action 04-01698 (HHK) |

**JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 7th day of February, 2007, hereby

**ORDERED** that defendant's motion to dismiss pursuant to the doctrine of *forum non conveniens* [#25] is **GRANTED**, subject to defendant's stipulations, and it is further

**ORDERED** that plaintiff's complaint, subject to defendant's stipulations, is **DISMISSED** without prejudice to commencement in Nuevo Leon, Mexico.

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge