UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINN STROMBERG,<br><br>               Plaintiff,<br><br>      v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>               Defendants. | Civil Action 04-01698 (HHK) |

**ERRATUM**

The court's memorandum opinion, filed February 7, 2007, contains an incorrect citation. Accordingly, it is this 22nd day of March, 2007, hereby

**ORDERED** that the citation to "D.C. Code §§ 34-101 to 34-103 (2006)" appearing in the third line of page six of the opinion be **DELETED** and **REPLACED** by a citation reading "D.C. Code §§ 30-101 to 30-103 (2001)".

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge